1

2                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
3



4

5   JOSE L. MIRANDA,                  )

6              Plaintiff,             )
                                      )
7        vs.                          )        **REPORT AND RECOMMENDATION**
                                      )        **OF U.S. MAGISTRATE JUDGE**
8   NEWS CORPORATION, INC., et al.)
                                      )
9              Defendants.            )        April 23, 2012
                                      )
10

11          This Report and Recommendation is made to the Honorable Robert C. Jones, Chief

12   United States District Judge.  The action was referred to the undersigned Magistrate Judge

13   pursuant to 28 U.S.C. § 636(b)(1)(B).  For the reason set forth below, it is recommended that

14   plaintiff's complaint be dismissed and this action closed.

15                    **I. BACKGROUND, DISCUSSION & CONCLUSION**

16          On June 7, 2011, the court granted plaintiff's request to proceed *in forma pauperis* (#3).

17   Additionally, the court dismissed plaintiff's complaint without prejudice for failure to state a claim

18   upon which relief can be granted.  *Id.*  Plaintiff was granted thirty (30) days within which to file an

19   amended complaint that stated a claim upon which relief may be granted.  *Id.*  Plaintiff was

20   cautioned that failure to file an amended complaint within the time allotted may result in the

21   immediate dismissal of the entire action.  *Id.*

22          Plaintiff failed to file an amended complaint as ordered and has not requested additional time

23   in which to do so.  Therefore, this court recommends that plaintiff's complaint be **DISMISSED**.

24          The parties are advised:

25          1.    Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the

26   parties may file specific written objections to this report and recommendation within fourteen days

27   of receipt.  These objections should be entitled "Objections to Magistrate Judge's Report and

28

1  Recommendation" and should be accompanied by points and authorities for consideration by the

2  District Court.

3      2.    This report and recommendation is not an appealable order and any notice of appeal

4  pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

5  **II. RECOMMENDATION**

6  **IT IS THEREFORE RECOMMENDED** that the district court enter an order

7  **DISMISSING** plaintiff's complaint and closing this action.

8      DATED:  April 23, 2012.

9

10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28