UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSE L. MIRANDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:11-CV-00065-RCJ-VPC |
| v. ) | |
| ) | |
| NEWS CORPORATION, INC., *et al.* ) | O R D E R |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #5) entered on April 23, 2012, in which the Magistrate Judge recommends that the Court enter an order dismissing Plaintiff's complaint and this action be closed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #5).

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED. The Clerk of the Court shall close this action.

IT IS SO ORDERED this 28TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE